CLOSED

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

HUMPHRIES FATONE
Michael S. Humphries (182407)
12535 Seal Beach Blvd., Suite 210
Seal Beach, California 90740
(562) 493-0289 - Phone
(562) 493-0371 - Fax

Attorney for Plaintiffs
DONALD G. SHERIDAN and JUDITH C. SHERIDAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. SHERIDAN and JUDITH C. SHERIDAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>FLEETWOOD MOTOR HOMES OF INDIANA, INC., FREIGHTLINER CUSTOM CHASSIS CORPORATION, DAN GAMELS MODESTO RV, and DOES 1-20<br><br>  Defendants. | Case No. CV08-07186-AHM (JWJx)<br>**ORDER ON**<br>**JOINT STIPULATION REGARDING**<br>**DISMISSAL OF ENTIRE ACTION**<br><br>Assigned to: Hon. Howard Matz |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DONALD G. SHERIDAN and JUDITH C. SHERIDAN ("plaintiffs") and Defendant FREIGHTLINER CUSTOM CHASSIS CORPORATION ("defendant"), by and through their respective attorneys of record as follows:

    1.  The entire matter may be dismissed with prejudice;
    2.  The court may retain jurisdiction to enforce settlement.

///
///
///
///

IT IS SO ORDERED
Dated: FEB - 6 2012

_____
United States District Judge

1

JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION

```
 1        IT IS HEREBY STIPULATED AND AGREED:
 2
 3   DATED: February 1, 2012        By: _____
 4                                      Michael S. Humphries
                                        Attorney for Plaintiffs
 5
 6   DATED: February 3, 2012        By: _____
                                        Richard C. Moreno
 7                                      Attorney for Freightliner Custom
                                        Chassis Corporation
 8
 9
10
11
12   IT IS SO ORDERED:
13   DATED: _____
14
                                     _____
15                                   Honorable Howard Matz
16
...
28
```

2

**JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION**